

FILED

FEB 25 2020

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | No. 1:20-MJ-33 EPG |
| ) | |
| vs. ) | ORDER OF RELEASE |
| ) | |
| RICARDO ARREOLO, ) | |
| ) | |
| Defendant. ) | |

The Court grants the government's motion to quash the arrest warrant issued on March 13, 2017, in Los Angeles, CA, in case number CR16-00119-SJO, filed in this case on February 21, 2020, document no. 2. Pursuant to government's motion, which advises that the arrest warrant was previously returned executed, the Court directs the United States Marshal Service to facilitate the transport of defendant to the Bureau of Prisons, once the designation has been made, in order to serve out his federal sentence.

DATED: February 25, 2020

ERICA P. GROSJEAN
U.S. MAGISTRATE JUDGE

cc: USM, Fresno, hand-delivered copy on 2/25/2020